THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State of South Carolina, Respondent,
v.
Sheridan  T. Littlejohn, Appellant.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge

Unpublished Opinion No.  2005-UP-027
Submitted January 1, 2005  Filed January 
 13, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney 
 General, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for 
 Respondent.
 
 
 

PER CURIAM:  Appellant, Sheridan T. Littlejohn, was indicted for and 
 convicted of trafficking in crack cocaine and possession of crack cocaine with 
 intent to distribute within the proximity of a school.  The trial judge sentenced 
 Littlejohn to fifteen years on the proximity charge and twenty-five years for 
 trafficking.  Littlejohns counsel attached to the brief a petition to be relieved 
 as counsel, stating that he had reviewed the record and concluded this appeal 
 lacks merit.  Littlejohn has filed a separate pro se brief.  We 
 dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to 
 be relieved is granted.1
 APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.